IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 15-51241

D.C. Docket No. 5:13-CV-982

United States Court of Appeals
Fifth Circuit
**FILED**
April 18, 2017
Lyle W. Cayce
Clerk

CLEOPATRA DELEON; NICOLE DIMETMAN; VICTOR HOLMES; MARK PHARISS,

        Plaintiffs - Appellees

v.

GREG ABBOTT, in his official capacity as Governor of the State of Texas; KEN PAXTON, in his official capacity as Texas Attorney General; JOHN HELLERSTEDT, in his official capacity as Commissioner of the Texas Department of State Health Services,

        Defendants - Appellants

Appeals from the United States District Court for the
Western District of Texas, San Antonio

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.

JENNIFER WALKER ELROD, Circuit Judge, concurring in part and dissenting in part.